IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:17-cr-00089 |
| v. : | |
| : | (Judge Kane) |
| **MAURICE L. ROSS,** : | |
| Defendant : | |

## ORDER

**AND NOW**, on this 20th day of June 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Defendant's motion to suppress (Doc. No. 26), is **DENIED**.

                                                    s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania